IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD C. FREDERICK and LOUISE M. FREDERICK, h/w, MICHAEL A. MAHLE and PAULA M. MAHLE, h/w, DONALD PORTA, and all other persons similarly situated, <br><br>   Plaintiffs, <br><br> vs. <br><br> RANGE RESOURCES–APPALACHIA, LLC, <br><br>   Defendant | Docket No. 08-288E <br><br> Judge Sean J. McLaughlin |

## STIPULATION REGARDING FILING OF FIRST AMENDED ANSWER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Range Resources–Appalachia, LLC may file a First Amended Answer to Plaintiff's First Amended Complaint.

_____
Joseph E. Altomare
228 E. Central Avenue
P.O. Box 373
Titusville, PA 16354
(814) 827-9626 / (814) 827-9143 (facsimile)
jaltomar@msn.com
*Attorney for Plaintiffs*

_____
David W. Hardymon (*Pro Hac Vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216
(614) 464-5651 / (614) 719-4750 (facsimile)
dwhardymon@vorys.com

Daniel J. Sponseller (PA 35128)
Law Office of Daniel J. Sponseller
409 Broad Street, Suite 200
Sewickley, PA 15143
(412) 741-4411/(412) 741-4433 (facsimile)
dsponseller@sponsellerlawfirm.com
*Attorneys for Defendant*
*Range Resources-Appalachia, LLC*

5/14/2010 8374032