IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD C. FREDERICK and , | : | Docket No. 08-288E |
| LOUISE M. FREDERICK, h/w, | : | |
| MICHAEL A. MAHLE and | : | |
| PAULA M. MAHLE, h/w, DONALD | : | Electronically Filed Document |
| PORTA, and all other persons | : | |
| similarly situated, | : | |
| | : | CLASS ACTION |
| Plaintiffs | : | |
| | : | Counsel for Plaintiff Class: |
| vs. | : | Joseph E. Altomare |
| | : | PA ID #17156 |
| RANGE RESOURCES – | : | 700 Rockwood Drive |
| APPALACHIA, LLC | : | Titusville, PA 16354 |
| | : | (814) 827-9626 |
| Defendant | : | jaltomar@msn.com |

## RULE 60(a) MOTION FOR CORRECTION OF ORDER

Plaintiffs hereby respectfully move for correction of the Order Amending Leases dated March 17, 2011 [ECF 84] so as to conform the same with the Second Amended Agreement and Stipulation of Settlement (the "Settlement Agreement") [ECF 73-1], which was approved by this Court by Order of March 17, 2011 [ECF 83]. Specifically, the Class requests an Order which, at pages 3 and 4 of the Order Amending Leases, replaces the term "MMBTU" with the term "MCF."

This motion is filed on the grounds set forth in both the Class Brief in Support of this motion filed herewith and the Class Brief in Support of its Motion for Enforcement of Settlement Agreement now pending before the Court [ECF 94].

Respectfully submitted,

/s/ Joseph E. Altomare
Class Counsel