# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD C. FREDERICK and ) <br> LOUISE M. FREDERICK, h/w, ) <br> MICHAEL A. MAHLE and ) <br> PAULA M. MAHLE, h/w, DONALD ) <br> PORTA, and all other persons similarly ) <br> situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RANGE RESOURCES - ) <br> APPALACHIA, LLC, ) <br> ) <br> Defendant. ) | Civil Action No. 1:08-cv-288-SPB |

## ORDER

NOW, this 31st day of May, 2020, the Court having reviewed the parties' joint motion for approval of settlement, Class Counsel's accompanying fee application, and all other filings and motions relating thereto, IT IS ORDERED that the parties and the remaining objectors[1] shall file with the Court, on or before, June 22, 2020, supplemental briefing addressing the following issues:

1. What is the extent of the Court's authority under Federal Rule of Civil Procedure 23(e)(4) as it relates to opt-out procedures in the context of this case?

---

[1] Objector Edward Zdarko has withdrawn his objection to the proposed Supplemental Settlement and is therefore excused from the briefing requirements of this Order.

2. To what extent are class members who hold only royalty interests in leases associated with conventional oil and gas wells benefitted, bound, or otherwise affected by the proposed Supplemental Settlement?

3. In light of Question No. 2, is it appropriate or necessary to certify a settlement sub-class that would exclude class members holding royalty interests under leases associated with conventional oil and gas wells?

4. Does Range Resources concur with Class Counsels assertion that Range's covenants in the proposed Supplemental Settlement Agreement subsume a promise to correct, into the future, the issues identified in Class Counsel's Post Fairness Hearing Brief, ECF No. 181 at p. 6?[2]

IT IS FURTHER ORDERED that the aforementioned motions shall be STAYED[3] pending the Court's receipt and review of said briefing and any additional briefing or argument as the Court may order.

SUSAN PARADISE BAXTER
United States District Judge

---

[2] This question is only directed at the Defendant.

[3] The Court will administratively terminate the pending motions without any prejudice to the movants' and respondents' rights and without any need for further action on their part. The Court will reactive the pending motions upon receipt of all briefing directed herein.