IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD C. FREDERICK and<br>LOUISE M. FREDERICK, h/w,<br>MICHAEL A. MAHLE and<br>PAULA M. MAHLE, h/w, DONALD<br>PORTA, and all other persons<br>similarly situated, | :<br>:<br>:<br>:<br>:<br>:<br>: | Docket No. 08-288E<br><br>Electronically Filed Document<br><br>CLASS ACTION |
| Plaintiffs, | : | |
| v. | :<br>:<br>: | |
| RANGE RESOURCES –<br>APPALACHIA, LLC | :<br>:<br>: | |
| Defendant. | : | |

## AMENDED ORDER AMENDING LEASES

Pursuant to the Court's Order of even date herewith approving the parties' Supplemental Agreement and Stipulation Of Settlement (Doc 135-1 ), this Order is entered to amend in part the Order Amending Leases previously entered by the Court on March 17, 2011 (Doc. 84), which Order was heretofore recorded in the counties where Class Leases were located.

Accordingly:

1. The "Natural Gas Royalty Calculation" provisions of 1(B)(1) and (2) of the Amended Order (Doc. 84) are hereby deleted and replaced by with the following language:

    (B) <u>Natural Gas Royalty Calculation</u>.

    (1) All royalty payable under this instrument for natural gas produced from shale formations for any Accounting Period shall be calculated using the PMCF for the Gas Well(s), reduced by not more than the lesser of the following:

    (a) the pro rata royalty share of current Post Production Costs per MCF incurred during such period; and,

- 2 -

      (b)(i) in the case of royalty attributable to Wet Shale Gas production, the pro rata royalty share of $0.80 per MCF; or

      (b)(ii) in the case of royalty attributable to Dry Shale Gas production, the pro rata royalty share of $0.72 per MCF.

    (2) In calculating the royalty attributable to all other natural gas production, existing Post Production Costs shall be reduced by $.03 per MCF.

2. Other than as amended in Paragraph 1 above, the Order Amending Leases remains unchanged and in full force and effect.

3. This Amended Order Amending Leases shall govern over any inconsistent provisions of the Class Leases and the Order Amending Leases, and shall be effective as of the date of its entry, without regard to the date of recording, and that except as expressly amended by this Amended Order Amending Leases, the Order Amending Leases and the Leases shall remain in full force and effect.

4. Notwithstanding the foregoing, this Amended Order shall not apply to any lease in which the Defendant no longer has an interest.

5. The Defendant shall present for recording to the Recorder of Deeds for each county in which a Class Lease to which this Order applies is situated, a certified copy of this Amended Order Amending Leases, and further shall instruct the recording official in such county to: (1) index same in the name of Defendant, as grantor, and each Class Member as grantee; and (ii) to annotate the margin of each Class Lease to which this Order pertains with a notice of the recordation of this Amended Order Amending Leases.

By the Court:

ENTERED: 3/31/2022

*Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge